# HENRY L. SIMONS v. EMIL MUNCH and Others.[2]

June 28, 1912.

Nos. 17,571—(166).

**Case followed.**

After the former appeal, reported in 115 Minn. 360, 132 N. W. 321, the case

---

[1] Reported in 136 N. W. 587.	[2] Reported in 136 N. W. 1028.

was remanded with directions to amend the conclusions of law in accordance with the opinion and enter judgment accordingly, and proceedings were taken in the district court similar to those mentioned in the opinion on page 340, supra.

From an order, Wright, J., denying their motions to amend the findings of fact, conclusions of law and order for judgment, so as to allow the interveners damages against defendants for the use and occupation of the premises for the years 1904 to 1911, both inclusive, the interveners Mider and Kubicek separately appealed. They also appealed from the money judgments entered. Affirmed.

*J. W. Reynolds,* for appellants.

*J. N. Searles* and *O'Brien, Young, & Stone,* for respondents.

PER CURIAM.

The appeals of the interveners J. T. Mider and Frances Kubicek are disposed of by what is said in the decision in Minnesota Land & Immigration Company v. Munch, supra, page 340, 136 N. W. 1026.

The judgment appealed from is therefore affirmed.